UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL MUNOZ,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Case No. 25-578-TL-MLP<br><br>REPORT AND RECOMMENDATION |

       On March 26, 2025, Petitioner Miguel Angel Munoz filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Western District of Washington. (Dkt. # 1.) Petitioner sought to challenge therein his placement in a special housing unit at the Federal Detention Center in Seattle, Washington. (*See id*.) However, Petitioner failed to submit with his petition either the requisite $5.00 filing fee or an application to proceed with this action *in forma pauperis*.

       On April 3, 2025, the Clerk of this Court sent Petitioner a letter explaining that his original submission was deficient because he had not satisfied the filing fee requirement and advising that he would have to correct the deficiency on or before May 5, 2025, or face dismissal of this action. (*See* dkt. # 3.)

REPORT AND RECOMMENDATION - 1

On April 22, 2025, the Clerk's Office noted on the docket that Plaintiff's deficiency letter was returned as undeliverable. (Dkt. # 4.) Pursuant to Local Civil Rule 41(b)(2), if a *pro se* plaintiff fails to notify the court and opposing parties within 60 days of their current mailing or email address, a court may dismiss the action without prejudice for failure to prosecute. To date, Plaintiff has not responded in any fashion to the Clerk's deficiency letter.

As Petitioner has had ample time to either pay the filing fee for this action or submit a completed application to proceed *in forma pauperis*, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to satisfy the filing fee requirement. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 15, 2024**.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Tana Lin.

Dated this 24th day of June, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2